UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 2:23-cv-09848-WDK-KSx | Date | May 7, 2024 |
|---|---|---|---|
| Title | Guri Gonzalez v. Esthela Borja et al | | |

Present: The Honorable  WILLIAM D. KELLER, UNITED STATES DISTRICT JUDGE

| Daniel Tamayo | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Dismissal [23], hereby orders this action dismissed without prejudice. The Court orders all proceedings in the case vacated and taken off calendar.

IT IS SO ORDERED.

Initials of Deputy Clerk   dta